IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. **06-30050-DRH** |
| | ) |
| **GABRIEL ORTIZ-CASTENADA**, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Before the Court is the government's motion for detention of **Claudia Macias-Macias** as a material witness in the above-captioned case, pursuant to 18 U.S.C. § 3144. Counsel was appointed to represent Claudia Macias-Macias, and a hearing was conducted March 31, 2006, in accordance with 18 U.S.C. §§ 3142 and 3144.

It is undisputed that Claudia Macias-Macias is a material witness in this case. The government has successfully shown that it is impracticable to secure his deposition if she were released because she is subject to removal from the United States.

Consistent with the dictates of Section 3144, this Court finds it reasonable to detain Claudia Macias-Macias for 30 days, in order to take her deposition.

**IT IS THEREFORE ORDERED** that the government's motion to detain Claudia Macias-Macias for 30 days for the purpose of taking her deposition is **GRANTED**.

**IT IS FURTHER ORDERED** that:

**Claudia Macias-Macias** be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and

**Claudia Macias-Macias** be afforded reasonable opportunity for private consultation with her counsel; and

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which **Claudia Macias-Macias** is confined deliver her to a United States Marshal for the purpose of taking her deposition, or in connection with a court proceedings in this case.

**IT IS FURTHER ORDERED** that **Claudia Macias-Macias** shall not be detained past **April 30, 2006**, and that on or before that date she shall be remanded to the custody of the ICE for removal proceedings.

**DATED: March 31, 2006**

    **s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**