IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**GABRIEL ORTIZ-CASTANEDA,**

**Defendant.**                                                    No. 06-CR-30050-DRH

### ORDER

**HERNDON, District Judge:**

      Before the Court is a motion submitted by the government for an order remanding Emilia Perez-Yerbafria and Claudia Macias-Macias to the custody of United States Immigration and Customs Enforcement. (Doc. 25.) The government indicates that, by mutual agreement of all the parties, the custody of these two individuals as material witnesses is no longer required. (*Id.*) Accordingly, the Court **GRANTS** the government's motion (Doc. 25) and remands Emilia Perez-Yerbafria and Claudia Macias-Macias to the custody of United States Immigration and Customs Enforcement.

      **IT IS SO ORDERED.**

      Signed this 11th day of May, 2006.

                                         /s/          David   RHerndon
                                         **United States District Judge**