IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**GABRIEL ORTIZ-CASTANEDA,**

**Defendant.**                                                                 **No. 06-CR-30050-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

Before the Court is Defendant Gabriel Ortiz-Castaneda's motion to continue the trial setting in this case. (Doc. 28.) The Court, being fully advised in the premises, finds that trial should be postponed. The Court additionally finds that, pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of a continuance outweigh the interests of the public and Defendant in a speedy trial. Therefore, the Court **GRANTS** Defendant's motion to continue. (Doc. 28.) The Court **CONTINUES** Defendant's trial to Tuesday, September 5, 2006 at 9:00 a.m. The time from the date Defendant's motion was filed, July 7, 2006, until the date on which the trial is rescheduled, September 5, 2006, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 7th day of July, 2006.

/s/      David   RHerndon
**United States District Judge**